IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

LUCAS MORA,

    Plaintiff,

v.

TURIMEX, LLC,

    Defendant.

No. 1:20-cv-05770

Judge Steven C. Seeger

Magistrate Judge Jeffrey Cole

PLAINTIFF'S MOTION TO DISMISS

Pursuant to a settlement agreement entered into by the parties, plaintiff Lucas Mora respectfully requests that this case be dismissed with prejudice, each party to bear its own costs.

    Respectfully submitted,

By: /s/ Paul Strauss
    Attorney for plaintiff Lucas Mora

Paul Strauss
5525 S. Woodlawn Ave.
Chicago, IL 60637
(773) 551-5350
pstr1968@gmail.com